No. 1186, October Term, 1965. EASTER v. CLYDESDALE, INC., 384 U. S. 950. Petition for rehearing and other relief denied.

No. 965, October Term, 1965. KOHATSU v. UNITED STATES, 384 U. S. 1011. Motion of James O. Hewitt for leave to file a brief, as *amicus curiae,* in support of petition for rehearing granted. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 97, Misc., October Term, 1965. FANELLI v. NEW YORK, 384 U. S. 1014;

No. 194, Misc., October Term, 1965. SCHLETTE v. CALIFORNIA ET AL., 384 U. S. 1016;

No. 201, Misc., October Term, 1965. LOPEZ v. CALIFORNIA, 384 U. S. 1016;

No. 226, Misc., October Term, 1965. IN RE WINHOVEN, 384 U. S. 1016;

No. 263, Misc., October Term, 1965. ABDELKADER v. CALIFORNIA ET AL., 384 U. S. 1017;

No. 266, Misc., October Term, 1965. BICKLEY ET AL. v. OLIVER, WARDEN, ET AL., 384 U. S. 1017;

No. 339, Misc., October Term, 1965. CHEVALLIER v. TEXAS, 384 U. S. 1014;

No. 354, Misc., October Term, 1965. EDWARDS v. HOLMAN, WARDEN, 384 U. S. 1017;

No. 400, Misc., October Term, 1965. RICHARDSON v. ILLINOIS, 384 U. S. 1021;

No. 499, Misc., October Term, 1965. BEVERLY v. CALIFORNIA, 384 U. S. 1014;

No. 507, Misc., October Term, 1965. McGREGOR v. NEW YORK, 384 U. S. 1022; and

No. 619, Misc., October Term, 1965. MORRIS v. WEST VIRGINIA, 384 U. S. 1022. Petitions for rehearing denied.